IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PHARMACISTS MUTUAL INSURANCE COMPANY                                    PLAINTIFF

vs.                                                                                         No. 1:04CV112-D-D

GARY HARDY, Individually and as ADMINISTRATOR
of the ESTATE OF WAYNE HARDY                                                DEFENDANT

## ORDER

After a bench trial and pursuant to an opinion issued this day, the court hereby orders that

(1) the named insured under Pharmacists Mutual Insurance Company Policy No. ACV0040888-03 is "Larry Melton & Gary Hardy Partnership, Booneville Community Pharmacy;"

(2) the Defendant is not entitled to uninsured/underinsured motorist benefits under the subject insurance policy because his son Wayne Hardy was not an insured under the terms of the policy; and

(3) this case is CLOSED.

SO ORDERED, this the 3rd day of October 2005.


                                                                /s/ Glen H. Davidson
                                                                Chief Judge